UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JULIO NEHOMAR ROSA.,**

    **Plaintiff,**

v.                                        Case No. 5:23-cv-323-TKW-MJF

**FLORIDA DEPARTMENT OF CORRECTIONS, et al.,**

    **Defendants.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 3). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed under the "three-strikes statute," 28 U.S.C. §1915(g) and as malicious based on Plaintiff's failure to honestly disclose his litigation history. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.  This case is **DISMISSED** without prejudice under 28 U.S.C. §1915(g) and 28 U.S.C. §1915A(b)(1).

3.  The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 19th day of January, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**